1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN THE MATTER OF

9                         CV 10   80 0 62 MISC

10   Willie Ed Phillips - #56009

11   _____/

12                                                    VRW

13                     **ORDER TO SHOW CAUSE**

14        It appearing that Willie Ed Phillips has been enrolled as an inactive member of the State Bar

15   of California pursuant to Section 6007 of the Business and Professions Code and that he may not

16   practice law while so enrolled effective February 26, 2010,

17        **IT IS ORDERED**

18        That respondent show cause in writing on or before April 30, 2010 as to why

19   he should not be so enrolled before this Court, pending further notice from the State Bar of

20   California.

21   Dated:

22                                        VAUGHN R.  WALKER
                                          United States District Chief Judge
23

24   Mailing Address:
25   Willie Ed Phillips
26   Law Ofc Willie E Phillips
     484 Lake Park Ave #335
27   Oakland, CA 94610

28

United States District Court
For the Northern District of California