FILED

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80062 MISC VRW

Willie Ed Phillips,

    State Bar No 56009                ORDER

_____/

    On March 16, 2010, the court issued an order to show cause (OSC) why Willie Ed Phillips should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective February 26, 2010.

    The OSC was mailed to Mr Phillips's address of record with the State Bar on March 18, 2010. A written response was due on or before April 30, 2010. No response to the OSC has been filed as of this date.

    The court now orders Willie Ed Phillips removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Willie Ed Phillips,

_____/

Case Number: C 10-80062 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Ed Phillips
484 Lake Park Ave #335
Oakland, CA 94610

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*